UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| MICHELE A. JOSEPH,<br><br>Plaintiff,<br><br>vs.<br><br>KA AIRPORT HOTEL, LLC,<br><br>Defendant.<br>_______________/ | : | Case No.: 2:23-cv-00260-HCN-DBP |

**JOINT STATUS TO THE COURT**

Plaintiff and Defendant (collectively the "Parties"), by and through their respective undersigned counsel, and pursuant to the Court's Docket Text Order 16 dated October 1, 2026, hereby provide notice to the Court that the parties have resolved all issues between them. Defendant's counsel advises that all remediations have been made pursuant to the Parties' settlement agreement, and counsel for the parties are merely awaiting written confirmation of same in the form of photographs or invoices from the Defendant. Upon receipt of said confirmation, a joint request for dismissal with be submitted by the parties.

Respectfully submitted,

/s/ Brandon A. Rotbart

Brandon A. Rotbart, Esq.
Law Office of Brandon A. Rotbart, PA
11098 Biscayne Blvd., Suite 401-18
Miami, FL 33161
Telephone: (305)350-7400
rotbart@rotbartlaw.com
Counsel for Michele A. Joseph

/s/ James C. Ziter

James C. Ziter, Esq.
Ziter Law
339 East 3900 South, Suite 260
Salt Lake City, Utah 84107
Telephone: (801)758-0360
ziterlaw@gmail.com
Counsel for KA Airport Hotel, LLC